349 Ill. App. 396 (1953)
110 N.E.2d 663
Marcella Mae Clark and Imogene Propes, Plaintiffs-Appellees,
v.
Charles Rowatt, Defendant-Appellant.
Term No. 52-O-24.
Illinois Appellate Court.
Opinion filed January 30, 1953.
Released for publication March 4, 1953.
*397 Curtis Williams, Alvin Lacy Williams, and August L. Fowler, for appellant.
Ralph W. Harris, and David A. Warford, for appellees.
(Abstract of Decision.)
Opinion by JUSTICE SCHEINEMAN.
Judgments affirmed.
Not to be published in full.